# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| RAYNARD LEXIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH CHATHAM )<br>METROPOLITAN POLICE )<br>DEPARTMENT; AL ST. LAWRENCE; )<br>CHATHAM COUNTY JAIL; )<br>CITY OF SAVANNAH; and )<br>CHATHAM COUNTY, )<br>)<br>Defendant. ) | Case No. CV413-002 |

## REPORT AND RECOMMENDATION

On January 28, 2013, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 4.) The Court warned plaintiff that his failure to return those forms by February 27, 2013 would result in the dismissal of his case. (*Id.*) Plaintiff has not yet returned the forms. Since he has not complied with the conditions of the Court's order, his case should be **DISMISSED**. Additionally, as this

case is subject to immediate dismissal, his motion for appointment of counsel (doc. 3) is **DENIED**.

**SO REPORTED AND RECOMMENDED** this 25th day of March, 2013.

                                                                                     UNITED STATES MAGISTRATE JUDGE
                                                                                     SOUTHERN DISTRICT OF GEORGIA