IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAYNARD LEXIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV413- |
| ) | CV 413-002 |
| SAVANNAH CHATHAM METROPOLITAN ) | |
| POLICE DEPARTMENT; AL ST. ) | |
| LAWRENCE, Sheriff; CHATHAM ) | |
| COUNTY JAIL; CITY OF ) | |
| SAVANNAH; CHATHAM COUNTY, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA